Ross Cornell, (SBN 210413)
LAW OFFICES OF ROSS CORNELL, APC
813 East Balboa Boulevard
Newport Beach, California 92663
(949) 723-1794

Reuben D. Nathan, Esq. (SBN 208436)
AZIMY & NATHAN, LLP
18500 Von Karman Ave., Suite 500
Irvine, California 92612
Phone:  (949) 486-1888
Fax:    (949) 486-1889

Attorneys of Record for Plaintiff,
JOSEPH ABDULLAH

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ABDULLAH,<br><br>               Plaintiff,<br><br>               v.<br><br>LINCOLN PLCE APARTMENTS; LINCOLN PLACE INVESTORS; JCM PARTNERS, LLC and Does 1 through 10, inclusive.<br><br>               Defendants. | Case No.:  CIV.S-04-2215 LKK KJM<br><br>**STIPULATION OF DISMISSAL AND ORDER THEREON**<br><br>*Related Cases:*<br> 1. *Civ.S-04-2185 LKK KJM*<br> 2. *Civ.S-04-1731 LKK KJM*<br> 3. *Civ.S-04-2181 LKK KJM*<br><br>F.R.Civ.P. 41(a)(1) |

- 1 -

**STIPULATION OF DISMISSAL AND ORDER THEREON**

Pursuant to F.R.Civ.P. 41(a)(1) Plaintiff Joseph Abdullah and Defendants LINCOLN PLCE APARTMENTS; LINCOLN PLACE INVESTORS; JCM PARTNERS, LLC, through their attorneys' undersigned, stipulate and agree that above-captioned matter may be dismissed as to all claims and all Defendants, without prejudice, each party to bear his own costs and attorney's fees.

DATED: April 28, 2005    **AZIMY & NATHAN, LLP**

By: /s/ Reuben D. Nathan, Esq.
Reuben D. Nathan, Esq.
Attorney for Plaintiff,    JOSEPH ABDULLAH

DATED: April 28, 2005 **NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP**

By:  /s/ Carol Rene Brophy, Esq. as authorized on April 28, 2005
Carol Rene'Brophy, Esq.
Attorney for Defendants,
LINCOLN PLCE APARTMENTS;
LINCOLN PLACE INVESTORS;
JCM PARTNERS, LLC

**ORDER**

Pursuant to the stipulation of the parties, **IT IS ORDERED** that the above-captioned matter is dismissed as to all claims and all Defendants, without prejudice, each party to bear his own costs and attorney's fees.

Dated:  April 29, 2005                    /s/Lawrence K. Karlton
United States District Court Judge

**STIPULATION OF DISMISSAL AND ORDER THEREON**